# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UPPER GWYNEDD EQUITIES, LLC, et al., | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-cv-2819-JMY |
| PROVCO PINEGOOD SUMNYTOWN, LLC, et al. | : | |

## ORDER

AND NOW, this 10th day of November, 2022, upon consideration of Defendants' Joint Motion to Dismiss (ECF No. 23) and all documents submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and the Plaintiffs' claims against Defendants are **DISMISSED** with **PREJUDICE.** The clerk of court shall mark this matter **CLOSED.**

IT IS SO ORDERED.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**